

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
RAMI M. SALIM▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 25, 2025

**Via CM/ECF**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York

   RE: *Fernandez v. Safavieh Intl, Inc.*
      Case No. 1:25-cv-01760-EK-SDE

Dear Judge Komitee:

  Pursuant to the conference held on September 9, 2025, Plaintiff submits the within request.

  Plaintiff's servers were down from September 19, 2025, to September 24, 2025. As a result, Plaintiff was unable to prepare and file its letter as requested by the Court. Plaintiff requests an extension to October 3, 2025 to file its letter addressing venue and standing.

  We thank Your Honor and the Court for its kind considerations and courtesies.

            Respectfully Submitted,

            /s/ Rami Salim
            Rami Salim, Esq.
            *Attorney for Plaintiff*

cc: All Counsel of Record via ECF