# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

*<u>Via Electronic Filing</u>*
The Hon. Eric R. Komitee, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    *Martinez v. Safavieh Intl, Inc.*
                       <u>Case No.: 1:23-cv-04247-NRM-MMH</u>

Dear Honorable Judge Komitee:

       This law firm represents Defendant Safavieh Intl, Inc. (the "Defendant") in the above-referenced action.

       Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to advise the Court that the parties have reached a settlement-in-principal in the above-referenced matter.

       In light of the foregoing, it is respectfully requested that the court adjourn all upcoming appearances, and case deadlines, *sine die.* The parties anticipate being in a position to file a stipulation of voluntary discontinuance, within thirty (30) days.

       Thank you, in advance, for your time and attention to this matter.

                                          Respectfully submitted,
                                          LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                 By: */s/ Jason Mizrahi*
                                       Jason Mizrahi, Esq.
                                       420 Lexington Avenue, Suite 2458
                                     New York, NY 10170
                                     Tel. No.:  (212) 792-0048
                                     Email: Jason@levinepstein.com
                                     *Attorneys for Defendant*

VIA ECF: All Counsel